# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS KELLY CUEVAS,

    Petitioner,

    v.

J. SULLIVAN,[1]

    Respondent.

No. 2:18-CV-0980-DMC-P

ORDER

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition challenges a conviction issued by the Fresno County Superior Court. Fresno County is part of the Fresno division of this court. See Local Rule 120(b). Because the Sacramento division is not the proper division, this action will be transferred to the Fresno division.

/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] J. Sullivan is named as respondent in the amended petition filed on September 10, 2018. See Doc. 9. The Clerk of the Court will be directed to update the docket accordingly.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to update the docket to reflect that J. Sullivan is the named respondent; and

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno.

Dated: September 19, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE